E-FILED
Thursday, 26 September, 2013  08:31:47 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| METHODIST HEALTH SERVICES CORPORATION, | ) )  )  Case No.: 13-cv-1054 |
| Plaintiff, | ) ) |
| v. | ) )  Judge:  Sara Darrow )  Magistrate Judge:  John A. Gorman |
| OSF HEALTHCARE SYSTEM, an Illinois not-for-profit corporation d/b/a SAINT FRANCIS MEDICAL CENTER, | ) ) ) ) |
| Defendant. | ) |

## DEFENDANT OSF HEALTHCARE SYSTEM'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO KEYSTONE STEEL & WIRE COMPANY'S MOTION TO QUASH

COMES NOW OSF Healthcare System ("OSF"), by and through counsel, and for its Motion for Leave to File a Sur-Reply in Opposition to Keystone Steel & Wire Company's ("Keystone's") Motion to Quash, states to the Court as follows:

1. On September 23, 2013, after receiving leave of Court, Keystone filed a reply brief in support of its motion to quash a subpoena served on Keystone by OSF.

2. Keystone's reply brief attaches an affidavit from Keystone's counsel, Lori A. Schmidt, that makes allegations raising issues outside of those raised by Keystone in its moving brief and with which OSF strongly disagrees. By way of example, Ms. Schmidt's contention that counsel for OSF "refused to specify even one document that was being sought" in the subpoena does not accurately reflect the conversation between Ms. Schmidt and counsel for OSF.

3. Apparently of the view that it has no obligation to meet and confer with counsel for OSF, Keystone continues to raise matters before this Court that it has never raised with OSF. Such

1

an approach is not only inconsistent with the simple rules of civility, it unnecessarily burdens the Court and increases the costs of OSF and Keystone.

3. Keystone's reply brief also makes arguments as to burden that it did not make in its moving brief. By way of example, for the first time, on reply, Keystone raises concerns about the protective order governing discovery in this case and argues that it is not as relevant as other payors.

4. Finally, Keystone's argument that OSF has not attempted to reduce Keystone's burden under Rule 45(c)(1) also lies outside the scope of its moving brief, as does its belated request for attorneys' fees and expenses. In making this argument, Keystone willfully ignores the fact that Keystone filed its motion to quash *before* any meet-and-confer call between counsel took place, rendering OSF unable to accommodate any burden that Keystone allegedly faces. Moreover, as was the case with Keystone's moving brief, Keystone again in its reply fails to offer a single factual assertion (e.g., number of documents, amount of search time) that would substantiate its claim of burden, as is its obligation.

WHEREFORE, OSF respectfully prays this Court grant it leave to file a sur-reply in opposition to Keystone's Motion to Quash.

Dated:  September 26, 2013	Respectfully submitted,

/s/ Barbara Sicalides
Barbara Sicalides (Lead Counsel)
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215-981-4783
Facsimile: 215-981-4750
sicalidb@pepperlaw.com
bassmanb@pepperlaw.com

and

L. Lee Smith
HINSHAW & CULBERTSON LLP
416 Main Street, 6th Floor
Peoria, IL 61602
Telephone: 309-674-1025
Facsimile: 309-674-9328
lsmith@hinshawlaw.com

Attorneys for Defendant
OSF HEALTHCARE SYSTEM, an Illinois not-for-profit corporation d/b/a SAINT FRANCIS MEDICAL CENTER

## CERTIFICATE OF SERVICE

      I hereby certify that on **September 26, 2013**, I electronically filed this **MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO KEYSTONE STEEL & WIRE COMPANY'S MOTION TO QUASH** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard T. Greenberg
Angelo M. Russo
Andrew R. Woltman
Susan E. Groh
Kathleen M. Cunniff
MCGUIREWOODS, LLP
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
(*Attorneys for Plaintiff*)

Andrew J. Martone
Lori A. Schmidt
HESSE MARTONE, P.C.
1650 Des Peres, Suite 200
St. Louis, MO 63131
(*Attorneys for Keystone Steel & Wire Company*)

                                        /s/ Barbara Sicalides
                                        Barbara Sicalides