Judgment in a Civil Case (02/11)

E-FILED
Friday, 30 September, 2016  04:13:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

|  |  |  |
|---|---|---|
| Methodist Health Services Corporation | ) | |
| **Plaintiff** | ) | |
| vs. | | Case Number: 1:13-cv-01054 |
| OSF Healthcare System | ) | |
| d/b/a Saint Francis Medical Center; | ) | |
| **Defendant** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Defendant's Motion for Summary Judgement is granted. Judgement is entered in favor of the Defendant and against the Plaintiff. This case is closed.

**Dated:**  9/30/2016

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court