E-FILED
Thursday, 27 October, 2016  09:24:43 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| METHODIST HEALTH SERVICES CORPORATION, | ) ) ) ) Case No.: 13-cv-1054 |
| Plaintiff, | ) ) ) Judge: Sara Darrow |
| v. | ) ) ) Magistrate Judge: Jonathan E. Hawley |
| OSF HEALTHCARE SYSTEM, an Illinois not-for-profit corporation d/b/a SAINT FRANCIS MEDICAL CENTER, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Methodist Health Services Corporation, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered September 30, 2016 by Judge Sara Darrow of the United States District Court for the Central District of Illinois, granting Defendant OSF Healthcare System d/b/a Saint Francis Medical Center's Motion for Summary Judgment.

Dated:  October 27, 2016

Respectfully submitted,

METHODIST HEALTH SERVICES CORPORATION,

By:    s/ Richard T. Greenberg
One of Its Attorneys

Richard T. Greenberg
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
P:  (312) 849-8100
F:  (312) 849-3690
rgreenberg@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2016, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send notification and service of such filing to all registered counsel of record.

s/ Richard T. Greenberg
Richard T. Greenberg
